1  **DOUG GRIFFITH, SBN 185333**
   doug.griffith@fitzhunt.com
2  **RACHEL S. STERN, SBN 347022**
   rachel.stern@fitzhunt.com
3  **FITZPATRICK, HUNT & PAGANO, LLP**
4  633 West Fifth Street, 60th Floor
   Los Angeles, CA 90071
5  Tel.: (213) 873-2100

6  Attorneys for Defendant,
7  ASTRONAUTICS CORPORATION OF AMERICA

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### (Southern Division)

| | |
|---|---|
| DYLAN VELLA, an individual, by and through her Conservator, JOHN VELLA, SR.; KRISTI CAMERON TOVAR, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>MACD HELICOPTERS, INC., an Arizona Corporation; ASTRONAUTICS CORPORATION OF AMERICA, a Wisconsin Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.<br><br>**PROOF OF SERVICE: DEFENDANT ASTRONAUTICS CORPORATION OF AMERICA'S NOTICE OF REMOVAL OF ACTION UNDER DIVERSITY OF CITIZENSHIP AND SUPPORTING DOCUMENTS**<br><br>[Removal from the Superior Court of California for the County of Orange, Case No. 30-2024-01379879-CU-PL-CJC] |

   I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 633 West Fifth Street, 60th Floor, Los Angeles, California 90071 and my electronic service address is martha.rodriguez@fitzhunt.com.

   On **March 21, 2024,** I caused service on the interested parties in this action, listed on the attached Service List, copies of the below documents described as:

**DEFENDANT ASTRONAUTICS CORPORATION OF AMERICA'S CIVIL COVER SHEET**

__X__  **BY E-SERVICE**:  I electronically served true and correct copies of the above-entitled documents on counsel of record, addressed as per the attached Service List.

__X__  **(BY E-FILING)**  I electronically filed true and correct copies of the above-entitled documents with the Clerk of the Court, United States District Court, Central District of California, using CM/ECF system.

__X__  **(FEDERAL)**  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **March 21, 2024**, at Los Angeles, California.

*/s/ Martha L. Rodriguez*
Martha L. Rodriguez

# SERVICE LIST

**Attorneys for Plaintiffs**
Adam Shea, Esq.
ashea@psbr.law
Ryan A. Casey, Esq.
rcasey@psbr.law
Nicholas W. Yoka, Esq.
nyoka@psbr.law
PANISH SHEA RAVIPUDI, LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, CA 90025
Tel.: (310) 477-1700
Fax: (310) 477-1699

**Attorneys for Defendant, MacD Helicopters, Inc.**
Mike Tetreault, Esq.
mtetreault@cooley.com
William O'Connor, Esq.
woconnor@cooley.com
Cooley LLP
10265 Science Center Drive
San Diego, CA 92121-1117
Tel.: (858) 550-6281
Fax: (858) 550-6420